RALPH RICE, an Infant, by RALPH E. RICE, His Guardian ad Litem, Respondent, *v.* COPELAND PRODUCTS, INC., et al., Appellants.

RALPH E. RICE, Respondent, *v.* COPELAND PRODUCTS, INC., Appellant, Impleaded with Another.

(Argued June 5, 1933; decided July 11, 1933.)

*Walter S. Archibald* and *George B. Hurley* for Copeland Products, Inc., appellant.

*John F. Lucey* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ. Dissenting: KELLOGG, J. Not sitting: HUBBS, J.